CORAL E. HOFFMAN and JACKSON A. HOFFMAN, as Administrators, etc., of

LEON HOFFMAN, Deceased, Respondents, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion denied.